UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America<br>    Plaintiff<br><br>v.<br><br>SCOTT ROBINSON<br>    Defendant | ORDER<br><br>1:20-cr-00162-JPO |

Upon application by the Defendant, SCOTT ROBINSON, the Court hereby finds and orders as follows:

The Defendant Scott Robinson is granted permission for his travel restriction to be broadened to include the Southern District of Florida so that he can take his automobile to be serviced.

SO ORDERED

Dated:  New York, New York
        May 15, 2020

_____
J. PAUL OETKEN
United States District Judge