

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 17, 2020

**VIA ECF**

The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Robinson & Mangini*, 20 Cr. 162 (JPO)

Dear Judge Oetken:

The Government writes to respectfully request an adjournment of the currently-scheduled July 29, 2020 status conference in the above-captioned case. The Government has provided defense counsel with the majority of Rule 16 discovery in this matter and is exploring the possibility of pre-trial dispositions. In light of the foregoing, and with the consent of the defendants, the Government respectfully requests that the Court reschedule the July 29 conference to a date on or after September 8, 2020 to facilitate the parties' discussions. For the same reasons, the Government seeks to exclude time under the Speedy Trial Act up to the date of the next scheduled conference. *See* 18 U.S.C. § 3161(7)(A). Defendants, through defense counsel, consent to the exclusion of time.

> Granted.
> The July 29, 2020 pretrial conference is hereby adjourned to September 18, 2020, at 11:00 a.m. Time is excluded through September 18, 2020, under the Speedy Trial Act, 18 U.S.C § 3161(h)(7)(A), the Court finding that the ends of justice outweigh the interests of the public and the defendants in a speedy trial.
>   So Ordered.
>   July 21, 2020

Very truly yours,

AUDREY STRAUSS
Acting United States Attorney

  /s Sarah Mortazavi
Sarah Mortazavi
Andrew Adams
Benet Kearney
Assistant United States Attorneys
(212) 637-2520 / 2340 / 2260

_____
J. PAUL OETKEN
United States District Judge