```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :      20 CR 162-1
     -against-                       :      ORDER
                                     :
Scott Robinson                       :
                                     :
     Defendant                       :
                                     :
-------------------------------------X
```

J. Paul Oetken, United States District Judge:

ORDERED that the defendant's bail be modified to include home detention to be enforced with location monitoring, intensive outpatient mental health treatment, not possess any firearms, weapons or destructive devices, and that any weapons in his possession be surrendered or removed as directed by Pretrial Services, defendant consent to a search condition for the purpose of ensuring he does not remain in possess of any firearms at his residence.

All other conditions previously set remain in effect.

Dated: New York, New York

      August 27, 2020

                                SO ORDERED

                               _____
                                  J. PAUL OETKEN
                                United States District Judge