# WILLIAM M. BUTLER, JR.
## Lawyer

Website: www.kycriminallawyer.com

Email: wmb@kycriminallawyer.com

KAREN J. BELL, Paralegal
Email: karenbell@kycriminallawyer.com

500 West Jefferson Str. #1520
Louisville, Kentucky 40202
Telephone: (502) 582-2020
Facsimile:  (502) 583-8007

---

September 2, 2020

The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    **RE:**    **United States of America v. Scott Robinson**
           **Southern District of New York Case Number:  1:20-cr-00162-JPO-1**

Dear Judge Oetken,

     My client, Scott Robinson, lives in the Middle District of Florida.  He would like a brief bail modification.  Mr. Robinson requests his travel permission be broadened to travel to the Western District of Kentucky to my office and be present in my office when he enters his plea on September 16, 2020.

     Due to the Pandemic and problems with air travel, he will be driving to Louisville, Kentucky by car.  He requests 2 days to get to Louisville, stay one day and then 2 days to get back to the Middle District of Florida.

     I have spoken to the Assistant United States Attorney who states that the United States has no objection.

                                              Sincerely yours,
                                              s/ William M. Butler, Jr.

WMB,JR./kjsb
cc:    AUSA Sarah Mortazavi
        thru ECF

Life Member "National Association of Criminal Defense Lawyer"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America
    Plaintiff

v.

SCOTT ROBINSON
    Defendant

ORDER

1:20-cr-00162-JPO

Upon application by the Defendant, SCOTT ROBINSON, the Court hereby finds and orders as follows:

The Defendant Scott Robinson is granted permission for his travel restriction to be broadened to include the Western District of Kentucky so that he can visit his attorney's office and enter his plea on September 16, 2020.

It is further ordered that Mr. Robinson will be allowed to travel to Western District of Kentucky Monday, September 14, 2020, stay in the Western District of Kentucky September 16, 2020 and return to the Middle District of Florida by September 18, 2020.

SO ORDERED

Dated: New York, New York
    11 September 2020

_____
J. PAUL OETKEN
United States District Judge