

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 14, 2020

**VIA ECF**
The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

                    Re: *United States v. Robinson & Mangini*, 20 Cr. 162 (JPO)

Dear Judge Oetken:

      The Government writes to respectfully request an adjournment of the currently-scheduled September 18, 2020 status conference in the above-captioned case.  As the Court is aware, defendant Scott Robinson is scheduled to enter a change of plea on September 16, 2020, at which point the Court is anticipated to set a schedule for sentencing.  The Government and counsel for Scott Mangini are currently in discussions regarding the possibility of a pre-trial disposition, which have not yet concluded. The parties do not anticipate seeking a trial or briefing schedule, and have no other applications to present to the Court. In light of the foregoing, and with the consent of defense counsel, the Government respectfully requests that the Court adjourn the September 18 conference to facilitate the parties' discussions. For the same reasons, the Government seeks to exclude time under the Speedy Trial Act up to the date of the next scheduled conference. *See* 18 U.S.C. § 3161(7)(A).  Defense counsel for Mr. Mangini consent to the exclusion of time.

> Granted.  The September 18, 2020 pretrial conference is adjourned to November 2, 2020 at 3:00 p.m.  The Court hereby excludes time through November 2, 2020, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
> So ordered.
> September 16, 2020

Very truly yours,

AUDREY STRAUSS
Acting United States Attorney

by:  __/s Sarah Mortazavi_____
Sarah Mortazavi
Andrew Adams
Benet Kearney
Assistant United States Attorneys
(212) 637-2520 / 2340 / 2260

_____
J. PAUL OETKEN
United States District Judge