```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :   CONSENT PRELIMINARY ORDER
         - v. -                  :   OF FORFEITURE/
                                 :   MONEY JUDGMENT
SCOTT ROBINSON,                  :
                                 :   S1 20 Cr. 162 (JPO)
              Defendant.         :
                                 :
- - - - - - - - - - - - - - - - x
```

WHEREAS, on or about August ___, 2020, SCOTT ROBINSON (the "defendant") was charged in a one-count Superseding Information (the "Information"), with conspiracy to introduce adulterated and misbranded drugs into interstate commerce, misbrand and adulterate drugs in interstate commerce, and receive adulterated and misbranded drugs in interstate commerce and cause their delivery and proffered delivery for pay or otherwise, in violation of Title 18, United States Code, Section 371 and Title 21, United States Code, Sections 331 and 333;

WHEREAS, the Superseding Information included a forfeiture allegation as to Count One of the Superseding Information, seeking forfeiture to the United States, pursuant to Title 21, United States Code, Sections 334, any and all drugs that were adulterated or misbranded when introduced into or while in interstate commerce or while held for sale (whether or not the first sale) after shipment in interstate commerce, or which may not, under the provisions of section 331(ll), 344, or 355 of this

title, have been introduced into interstate commerce (the "Forfeitable Property");

WHEREAS, on or about August \_\_\_\_\_, 2020, the defendant pled guilty to Count One of the Superseding Information, pursuant to a plea agreement with the Government, wherein the defendant admitted the forfeiture allegation with respect to Count One of the Superseding Information and agreed to forfeit, pursuant to Title 21, United States Code, Sections 334 and 853, and Title 28, United States Code, Section 2461(c), a sum of money equal to $3,832,318.90 in United States currency representing the value of the Forfeitable Property;

WHEREAS, the defendant consents to the entry of a money judgment in the amount of $3,832,318.90 in United States currency representing the value of Forfeitable Property;

WHEREAS, the defendant admits that, as a result of acts and/or omissions of the defendant, the Forfeitable Property that the defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Audrey Strauss, United States Attorney, Assistant United States Attorneys, Andrew C. Adams, Benet Kearney, and Sarah Mortazavi, of counsel, and the defendant, and his counsel, William Butler, Esq., that:

1. As a result of the offense charged in Count One of the Superseding Information, to which the defendant pled guilty, a money judgment in the amount of $3,832,318.90 in United States currency (the "Money Judgment"), representing the value of the Forfeitable Property that the defendant personally obtained, shall be entered against the defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the defendant, SCOTT ROBINSON, and shall be deemed part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable, in this instance to the "United States Marshals Service", and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Asset Forfeiture Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5.  Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the defendant up to the amount of the Money Judgment.

6.  Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7.  The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8.  The Clerk of the Court shall forward three certified copies of this Consent Preliminary Order of Forfeiture/Money Judgment to Assistant United States Attorney Alexander J. Wilson, Co-Chief of the Money Laundering and Asset Forfeiture Unit, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

9. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

By: _____          August 17, 2020
    ANDREW C. ADAMS                          DATE
    BENET KEARNEY
    SARAH MORTAZAVI
    Assistant United States Attorneys
    One St. Andrew's Plaza
    New York, NY 10007

By: _____          8-18-2020
    SCOTT ROBINSON                           DATE

By: _____          8-18-2020
    WILLIAM M. BUTLER, ESQ.                  DATE
    Attorney for Defendant

SO ORDERED:

                                             September 16, 2020
                                             DATE

_____
J. PAUL OETKEN
United States District Judge