# WILLIAM M. BUTLER, JR.
## Lawyer

Website: www.kycriminallawyer.com

Email: wmb@kycriminallawyer.com

KAREN J. BELL, Paralegal
Email: karenbell@kycriminallawyer.com

500 West Jefferson Str. #1520
Louisville, Kentucky 40202
Telephone: (502) 582-2020
Facsimile: (502) 583-8007

---

September 18, 2020

**VIA ECF**

The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      RE:    **United States of America v. Scott Robinson**
               **Southern District of New York Case Number:  1:20-cr-00162-JPO-1**

Dear Judge Oetken,

      My client, Scott Robinson, lives in the Middle District of Florida.  He would like a bail modification to move from his present address to his wife's address of 4754 Lago Vista Circle, Land O Lakes, Florida 33514.  Mr. Robinson requests this move because he can longer afford his apartment.

      I have spoken to the Assistant United States Attorney who states that the United States has no objection.

                                       Sincerely yours,
                                       s/ William M. Butler, Jr.

WMB,JR./kjsb

cc:    AUSA Sarah Mortazavi
         thru ECF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America<br>    Plaintiff<br><br>v.<br><br>SCOTT ROBINSON<br>    Defendant | ORDER<br><br>1:20-cr-00162-JPO |

Upon application by the Defendant, SCOTT ROBINSON, the Court hereby finds and orders as follows:

The Defendant Scott Robinson is granted permission to move from his current residence to 4754 Lago Vista Circle, Land O Lakes, Florida 33514.

SO ORDERED

Dated:  New York, New York

30 September 2020

_____
J. PAUL OETKEN
United States District Judge