UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -against- | 20-CR-162-1 (JPO) |
| SCOTT ROBINSON, | ORDER |
| Defendant. | |

J. PAUL OETKEN, District Judge:

The remote sentencing hearing scheduled for March 5, 2021, is hereby adjourned to March 9, 2021, at 11:00 A.M.  If that date or time is problematic for the parties, they are directed to confer with each other and propose alternative dates later in March.  The Court will provide the video link and dial-in information in advance of the sentencing hearing.

Furthermore, the Defendant shall serve his sentencing submission, file the submission, and provide a digital copy of the same to the Court as soon as practicable, no later than February 26, 2021.  The Government's submission is due March 5, 2021.

SO ORDERED.

Dated: February 24, 2021
       New York, New York

_____
J. PAUL OETKEN
United States District Judge