**RONALD E. DeMAO, Ph.D.** 813.644.7147

Licensed Psychologist
FL Lic. #PY0004205

Transworld Building, Suite 212
4100 W. Kennedy Blvd.
Tampa, Florida 33604

Honorable Judge Oetken
US District Court,
Southern District of New York

Re: Scott Robinson
Case # 1:20-cr-00162-JPO

Your Honor,

I am writing at the request of my patient, Scott Robinson. I am a Licensed Psychologist (Florida License #PSY-4205) with an earned Ph.D. from the University of Tennessee in Clinical Psychology and over thirty years of experience treating patients in Tampa, FL.

I have been treating Mr. Robinson for approximately three years for depression related to chronic pain and chronic traumatic encephalopathy (CTE). These injuries were the result of his service in the United States Navy. These injuries have caused Mr. Robinson to have numerous problems in his daily living and relationships, and it is primarily for these problems that Mr. Robinson voluntarily sought treatment.

As you most likely know, Mr. Robinson came from fairly humble beginnings. Through his hard work and determination, he had managed to become quite successful through his various business ventures. This has allowed Mr. Robinson to live comfortably, but also to be very generous in his philanthropy. In fact, in my thirty years of clinical work I do not remember ever meeting anyone as generous in his giving. Mr. Robinson has not only supported his immediate family, but at one point took in and fully supported his cousin as he rehabbed and tried to return to Major League baseball. He referred another cousin to my office for treatment and paid out of his own account for this treatment. He has yearly donated anonymously to children's Christmas charities. He has been a major benefactor to his local State Fair and FFA associations.

But by far his greatest charitable giving has been to horses and the horse racing community. He has donated perhaps over $100,000 to rehabilitating injured racehorses and organizations that rehabilitate and care for retired horse races. In addition, he has financially supported various members of the horse racing community, either through direct financial support or hiring them when they needed work. Mr. Robinson is apparently greatly respected in the horse racing community.

From my three years of work with Mr. Robinson, I have become aware of his great knowledge of and love for racehorses. Horses and horse racing have literally "been his life". It is inconceivable to me that he would ever do anything to intentionally harm a horse. In fact, he has developed products to aid in the physical health and rehabilitation of horses. I have heard him speak in very pejorative terms about others who "dope" or harshly train racehorses.

From a clinical perspective, I know Mr. Robinson to be free of any antisocial or other character pathology. The depressive pathology he does manifest is primarily the result of his chronic traumatic encephalopathy (CTE) suffered while in service with the US Navy. Prior to his injuries while in the Navy, he had no symptoms of any mental illness or history of mental health treatment. To my knowledge he has no prior criminal history and does not manifest an antisocial or "criminal" type personality. Although he at times may sound a little grandiose while discussing his great financial success, he is in his heart a small town, "salt of the earth" type of man.

I have very much enjoyed working with Mr. Robison. He has been a compliant and hardworking patient. I will do all I can to continue to support him through out his sentencing and thereafter. I look forward to helping his again find success after his sentence is over, and I have no doubt that Mr. Robinson will again be a productive and contributing member of society. If he and I had met under different circumstances I would have ben proud to call him a friend.

I hope this brief narrative will be helpful to you in your adjudication of Mr. Robinson's case. Thank you for taking the time to review this letter.

Respectfully,

Ronald E. Demao, Ph.D.
Licensed Psychologist