Sage Elizabeth Sanders
[redacted]

December 3, 2020

To Honorable Judge Oetken
U.S. District Court Southern District of New York

Regarding: Scott Robinson, case number 1:20-cr-00162-JPO

To Honorable Judge Oetken,

It is my absolute pleasure to write this character letter for Scott Robinson. Scott and I met each other at Scioto Downs racetrack in the summer of 1998. I will never forget meeting Scott on that hot summer day. I was sitting in the Press Secretary Box at the racetrack with a friend and Scott walked up the stadium stairs and introduced himself to me. We became best friends almost instantly. It was only my second year in the racehorse business and Scott was extremely knowledgeable in the business, so he ended up teaching me almost everything I know about racing horses. My father started getting into the racehorse business with a myriad of racehorses during my college years in the early 1990's. After college my father sent me on the road to manage both his horses and mine and to learn the business with a better hands on approach.

Scott and I were at the stables together constantly with him lending a hand to help better my knowledge and understanding of the race business. He would help train my father's horses along with mine. He taught me the correct way to groom a racehorse. He taught me the correct way to train a racehorse and most importantly he taught me the correct way to care for a racehorse. We would drive miles and miles to the Grand Circuit races together where my father and my horses would race. He would always make sure my horses and I were taken care of properly. He's extremely kind, patient and a loving friend I've had for almost 23 years. I believe Scott to be an excellent mentor to me, furthermore, he has always been close with my family as well. Scott is considered part of our family as we love him unconditionally and we always will continue to do so.

Scott was close to being homeless when we met the summer of 1998. He worked two or three jobs because he wanted to succeed in life. Throughout the years, Scott eventually worked up the ladder and became CEO of his company creating many jobs for people including me. I worked for Scott for nearly 10 years (2010-2020) as his personal assistant. He always treated me fairly and with great respect. In the 23 years of knowing Scott as one of my best friend's and boss I am happy to say we have never had an argument. He prides himself with dignity and treats others with compassion. Scott has a heart of gold while I've witnessed him on numerous occasions helping the underprivileged. I remember one year at the Lexington, Kentucky Standardbred Horse Sale, Scott bid on a horse statue made of horseshoes and all proceeds

went towards the Harness Horse Youth Foundation. These are the kinds of morals and values I look within a person to keep him or her close to me for so many years.

My family and I will always be there to help Scott in whatever way necessary. We will always be available to him in every way possible. As I stated above, Scott is and will always be part of our family and we will never relinquish our friendship to him.

Lastly, I would like to reiterate that Scott has many capabilities which contribute to society in a positive manner. Scott's work ethic is outstanding and vastly driven to succeed helping to create jobs for others. Moreover, his kind mannered and benevolent ways along with the love for helping others cannot go unnoticed.

Thank you Judge Oetken for your time and consideration for reading this letter.

Sincerely,

Sage E. Sanders