December 5, 2020

RE: Scott Robinson, case number 1:20-cr-00162-JPO

Stephanie Morris
[redacted]

Honorable Judge Oetken
U.S. District Court Southern District of New York

Dear Judge Oetken,

When Mr. Robinson asked me to write a letter of reference on his behalf, I had zero reservation. I've known Scott for over a decade. If you were to ask him; he would tell you where we met, the color of the sweater I was wearing, date and time. I'd tell you that we bonded instantly over our love for the sport of harness racing and have spent the better half of the last ten years laughing through the ups & downs of it. I am a tough critic and I'll introduce you to the Scott Robinson that I personally know and all that *he is.*

He is kind. He is courageous. He is generous and vivacious. <u>He is so inherently good.</u> I am confident that the letters you have received have echoed this same sentiment, because they are true. For years I have watched in awe as Scott gives selflessly of himself and his time over and over. When an elderly couple needed a hand to move, carry and repair their belongings – Scott never hesitated. When the local Youth Baseball League had outstanding registrations in need of payment, Scott didn't waiver. When a small fairgrounds in rural Ohio needed a water truck for their annual fair to take place, again Scott took the call. Funeral eulogies, unforeseen car repairs, volunteer to serve meals, donate supplies to the Standardbred Retirement Foundation, make Christmas Day possible for broken families; Scott graciously agrees.

He simply "shows up" for those around him. Some he knows, and many more that will never even know his name. In fact, the most admirable piece here is indeed the anonymity – at his request rarely does he receive appreciation or recognition for his thoughtfulness. You see, that is the real Scott Robinson. He was once homeless. He worked tirelessly for years to break the cycle and better himself. Along the way, he has never stopped "showing up" when others need him the most.

Hours, countless hours I've listened intently to his ambitions, life experiences, and compelling lessons learned. He is real. He is authentic and raw about his journey. And more than any monetary contribution, he possesses a greater gift. His passion for cultivating greatness in others. He is able to speak *into* others, drawing forth their strengths otherwise concealed. I foresee a change in direction for Scott; one in which he is mentoring and uncovering vision for those who unable to see it in themselves. It brings me immense joy to watch Scott speak words of encouragement to young professionals, athletes and entrepreneurs. I am confident that the business of harness racing and our community as a whole is a better place when Scott Robinson is near. He is light - dimming that light would be a disservice for generations to come.

I appreciate your time and consideration,

*Stephanie L. Morris*

Stephanie L. Morris