December 26, 2020

Honorable Judge Oetken
U.S. District Court Southern District of New York

**Regarding: Scott Robinson, case number 1:20-cr-00162-JPO**

To Honorable Judge Oetken,

This letter is written on behalf of Scott Robinson. He has requested this letter as a character reference as well as support regarding the case number above. I have known Scott since we were in grade school beginning in 1980. We have been very close friends since graduating from high school in 1993. We have kept our friendship strong via phone calls and texts as well as a few vacations together.

Scott does not have any children. However, he has consistently supported his mother, father and sister both financially and emotionally. He has created college funds for his nieces and nephews and has always made sure they are well taken care of. Scott is also very caring and supportive of his friends. He has always been there to encourage me whenever I have needed it. I consider him one of my best friends.

Since childhood, Scott has always had a love for owning and raising horses. His compassion and patience with animals is something he is known for. His animals are well cared for and always in the best environment.

Scott has a lot to offer the community. He is very knowledgeable in many areas and contributes a lot to society. He has knowledge in real estate, animals, pharmaceuticals and a wide variety of areas that can benefit many others. He uses this knowledge to advise others and provide his assistance when needed. He is easy to work with and makes others comfortable when seeking his opinion.

Thank you for your time and consideration in

Sincerely,

Angela Pettit