November 12. 2020

Honorable Judge Octkea

US District court

Southern District of New York

Scott Robinson Case # 1:20-cr-00162-JPO

Scott asked me to write a letter of character. I have known Scott since 1995. We worked

Together for 2 years. Didn't really know much about him except that he was ambitious.

Besides work he was going to UCF college. After that we went our separate ways.

Our paths would cross every once in a while. In 2009 Scott called me. He and his wife had moved to Florida. He wanted to know if I would come down and work for him. Take a couple of months and see if I liked it. I came down and worked for him for the next 10 years. He was a good boss. Always cared about his employees and what he could do to make their jobs and lives easier.

He has a sister in Indiana. She is married and has a son and daughter. Scott made sure to set them up for college when the time came. Family is extremely important to him. He is always in close contact with his immediate family.

In closing I will always give Scott support in any way that I can and will keep in touch with him. I will even go and visit him when and if possible. I have always had his back.

Judge thank you for your time and consideration.

With kind regards, Scott Nasdeo

Scott Nasdeo