Heim
Regenerative
Medicine Center
Repair | Restore | Revive

Michael P Heim DO
608 South Tampania avenue
Tampa, Fl 33609

October 5, 2020

Honorable Judge Oetken
U.S. District Court Southern District of New York

Re: Scott Robinson, case number 1:20-cr-00162-JPO

Judge Oetken,

I have been asked to provide a letter of support for Mr. Scott Robinson in the case number referenced above.

I am a solo practitioner of family and sports medicine in a small practice in Tampa, Florida. Mr. Robinson has been a patient in my clinic since 2011. Due to the nature of my practice I have the privilege of getting to know my patients well over time as I have with Scott since his first visit 9 years ago. I have always found Scott to be very introspective, respectful, and jovial despite many significant health challenges.

As with most of my patients I typically discuss aspects of their lives outside of medicine. With Scott a few things have struck me as notable over the years. One would be his ability to overcome homelessness to build a successful business in the equine world. The other is his genuine concern for the way some horses are treated in that realm.

A story that has always struck me in a powerful way is Scott's description of a practice in horse racing called bleaching which, to the best of my knowledge, is when a horse is injected intravenously with bleach in order to improve physical performance for a short time but at an obvious cost to the horses health. Scott has described to me how he has been able to spot such horses in a deteriorated state, purchase them, and subsequently nurse them back to health. As an animal lover, I find any practice such as bleaching to be detestable and applaud Scott's efforts to help even a single horse regain health.

Finally, I have witnessed the generosity of Mr. Robinson when he took in one of his family members with an injury that could have derailed a promising sports career and helped him through the process of treatment and rehabilitation with emotional and financial support. During his visits it was apparent how much Scott cared about this individual and how much his family member appreciated Scott's help.

Although I do not know all the details of Scott's case, I believe he has much to contribute to society not the least of which is his knowledge and seeming ability to help mistreated animals. As his physician I will be here to support him in any way I can.

Heim
Regenerative
Medicine Center
Repair | Restore | Revive

In closing, I would like to thank Judge Oetken and the court for your time and consideration of my thoughts on Mr. Robinson.

Regards,

Michael P Heim DO
Heim Regenerative Medicine Center
608 South Tampania Avenue
Tampa, Florida 33609