*From the Office of*

**Bill G. Sanders**
[redacted]

December 2nd, 2020.

RE: Character Letter for Scott Robinson, Case Number **1:20-cr-00162-JPO**

TO: Honorable Judge Oetken
US District Court Southern District of New York

Scott Robinson requested this letter of support regarding case number, as shown above.

I have known Scott Robinson for over twenty years, and we have been friends since our initial meeting. He has invested in three of my real estate developments located near Chattanooga, Tennessee. Scott has been honorable, honest and a good investment partner. He has never failed in his responsibilities and I look forward to working with him more in the future.

We have been in constant contact during the tenure of these developments, both as a partner and a friend. I respect his input and looked to him for his advice on many occasions.

We have also talked on a personal basis regarding his problems herein. I have told him that I will help him through this and will continue to stand by his side and will continue to work together with him.

I feel strongly that Scott is an honorable and good man.

Thank you for your consideration.

Sincerely,

Bill G. Sanders