Malia Miller
[redacted]

Honorable Judge Oetken
U.S. District Court Southern District of New York

Regarding: Scott Robinson, case number 1:20-cr-00162-JPO

Honorable Judge Oetken,

My name is Malia Miller and I am Scott Robinson's sister. Scott and I are approximately 8 years apart in age. I was in elementary school when he was in high school so had a short childhood growing up together. It wasn't until we became adults that we became closer in our relationship.

Scott is a passionate, generous and hardworking individual.

For many years our family had a horse barn. We raced and also boarded horses. My Uncle Darrell was mainly the one who took care of the horses. Scott was much less than thrilled when Uncle Darrell took Scott under his wing when he was young. Bailing hay, cleaning out stalls, and going to the race track to watch horse races were of no interest to Scott. But it very quickly ignited a passion that has stuck with Scott. I have seen Scott try many different adventures: college, the military, selling insurance, etc. But nothing compares to the time, the effort and passion he puts into taking care of horses. When Scott finds something that truly interests, challenges and ignites a fire in him, he jumps with both feet and he is all in. He works from his heart and works at 100% to the best of his abilities.

Scott became financially stable years ago. He has never been one to hoard his wealth. He has helped our disabled mother with several home repairs including a new roof and water heater. He has also bought our disabled father a car. Scott put in countless hours and money into helping our cousin Tyler further his professional baseball career. When my husband and I wanted to surprise our kids with a weeklong trip to Disney World, I asked Scott if we could use his Delta Club Members Discount to get our tickets and we would reimburse him. After spending countless hours shopping for the flight and price, I sent the information to Scott awaiting confirmation and a total, only to find 4 first class roundtrip tickets with a belated Merry Christmas attached to the email.

Scott has never wanted anything in return for any of these gifts, his continued repeated response has always been, "I just want to make people happy."

Scott has always been one of the hardest working people I know. He attained this work ethic from a very young age. This started with him spending summers as a young kid detassling corn and bailing hay to an adult only getting a few hours of sleep a night to stay ahead of business

adventures. I have asked him multiple times to stay with us, go on a vacation with us so he can relax. He never has, and I know it is because he only knows how to work.

Scott is my big brother, and I have and will continue to support him. I know I may be hundreds of miles away from him, but I will help in any way he needs. Whether he needs someone to talk to, we can be there for him or find the proper resources he needs. If he needs notes or letters, my kids would love to send him mail. Scott has a niece and nephew who adore him for him and not for his wealth or status.

Lastly, Scott has skills, talent and knowledge at a level like no one else. I ask that you please allow him to continue to work and use these skills.

Thank you for your time and consideration on Scott's case.

Sincerely,

Malia Miller