December 29, 2020
Honorable Judge Oetken
U.S. District Court Southern District of New York
Regarding: Scott Robinson, case number 1:20-cr-00162-JPO 1.

To Whom it May Concern,
Scott Robinson requested a letter of support regarding the case number above. I have known Scott for over twenty years. We met just after he started dating my sister, Melissa Robinson (Cassidy). I was in college and I remember him calling me, with an embarrassed voice, asking if he could stop by after work to simply rest and use the showers at campus. I assumed it was because he was close by and just exhausted. I later found out he had no place to go. My sister was out of town and he had been living in his car until he could get back on his feet after having a falling out with his former roommate. It was then that I saw what a hard-working person was made of. Scott was taking entry level jobs like all of us and proved you can get out of any situation if you put in the extra work and move excuses aside. Shortly after this time, he and my sister moved in together. We spent a lot time together working on projects, visiting new places and going on adventures.

Years later, after Scott and Missy married, my husband and I welcomed our daughter into the world. Missy and Scott were asked to be the Godparents and I instantly saw a change in him. He went from being a career focused individual to a proud uncle with only one focus...keeping her safe. The moment he held her, I knew he would never let anything happen to her, just like he would never let anything happen to us. He was even cautious of others holding her, afraid they might hurt her. During her first year of life, we experienced a bad winter storm. Roads were to be clear for emergencies only but when he heard that we had a broken heater at our house, he drove 20 miles to get her to a warm place until our heater could be fixed. I am convinced that the sun rose and set on our daughter, especially in Scott's mind. The two of them quickly became peas in a pod. Every Saturday had to be spent with Uncle Scott. Whether it was at his house eating hot wings and watching the races or going to the barn on a Sunday, she always wanted to be with her Uncle Scott.

It is sad that we have had some years apart from Scott. During that time, my small family and I had many changes occur and we rarely heard from Scott. He was working hard, and we were navigating a new home in a new state as we tried to grow our family. As those life events go, we lost touch. Even after being apart for a couple of years, when he heard about my husband passing, he was by our side as we said goodbye. He checked in and made sure we were all okay assuring me that he was a call away if we needed anything at all.

Scott has had some troubled years and many people in his recent life never knew the man I have described above. That is a shame. I am fortunate to know the pure, real Scott that puts people and their well being first. The Scott that had nothing but gave what he had. The Scott that helps and encourages people. The Scott that has stories to share that can help other people find their way and make a better life for themselves and those around them. It is my belief that if he is allowed the platform to work hard and share his story of overcoming a life of obstacles (his identity being stolen, being homeless, asking for help vs fighting defeat alone etc), he will be a great asset to our community. I have told Scott numerous times, and assure you as well, that we will always be here for him. Whether it is continued prayers, words of encouragement, reminders of why we love him and know he can overcome anything, we are here to do just that. The recent past is just that, the past. We will do what he would do for us. We will never let him go without food, shelter, essentials, or FAMILY. We will get through this time of his life

WITH him in the most positive way we can. We will do this so that others, including his niece and nephew, will get to know the Scott that I know.

I thank you for your time and consideration to my words above.

Sincerely,

Amanda Cassidy-Sanchez
[redacted]