December 30, 2020

Lorraine Cassidy
[redacted]

U.S. District Court Southern District of New York
Regarding: Scott Robinson, case number 1:20-cr-00162-JPO

Dear Honorable Judge Oetken,

Scott Robinson asked if I could send a letter of support regarding his case number 1:20-cr-00162-JPO. I have known Scott Robinson since 2000. He was a part time lifeguard at a private community swimming pool that our family ran for the summer of 2001. He assisted in this position whenever he had free time or if we needed extra lifeguards due to private events or holidays.

In May of 2005, Scott was a pallbearer at my mother's funeral along with her grandchildren. In September of 2005 Scott was welcomed into our family as our son-in-law. He was there for me when my husband, Lawrence Cassidy, needed to be put on dialysis and hope for a kidney transplant. Once again, Scott was there for us. He arrived at the hospital later that day, after the kidney transplant, to check on Larry and brought clothes that Larry needed while in the hospital. Scott was there when the remnants of Hurricane Isaac blew down our neighbor's tree and it fell on our garage. When it came time to replace the garage our neighbors and family helped to build a new garage. Scott was there with them, asking what needed to be done and how he could help. Scott cares about people. He is also eager to learn how to do a project and ask questions or advice from those that know how and why. He gave guidance to our nephews and showed them how doing an honest day's work benefits everyone. He would show them by example how to do a task and then correct them if it wasn't done right.

Before he and our daughter moved to Florida with her job, Scott was present at family events. He fit right in with the family as if he were just another cousin at the gathering. The cousins on both sides of the family learned from Scott.

I want to express my thanks and consideration for taking the time out of your busy schedule to review my support for Scott.

Sincerely,

Lorraine M. Cassidy

Lorraine M. Cassidy

[redacted]