5 November 2020

Terry L. Robinson
[redacted]

Honorable Judge Oetken
U.S. District Court
Southern District of New York

Regarding: Scott Robinson, case number 1:20-cr-00162-JPO

Honorable Judge Oetken,

My son Scott Robinson has asked me to write a letter of support for him in the above referenced case. His mother and I divorced when he was ten years old, but I always kept in touch with him. I was his coach when he was in Little League and he was like a little coach trying to help the other boys learn. He was always a team player with a positive attitude. He also went to dance school for two years practicing tumbling and became the football and basketball mascot. In high school Scott played baseball and basketball. I lived in Florida while Scott lived in Ohio, but I would see several games each year and Scott spent two weeks each summer at my home. I knew all the coaches at the time and would talk to them when I visited. They continually told me how easy Scott was to coach and how he would try to help improve the team.

Growing up, I refused to allow Scott to win at anything from monopoly to Ping-Pong. I wanted him to know when he beat me, he was a true winner, unlike the "participation" awards kids get today. He has grown up to be a strong man, true, honest, and very decisive. Scott has told me many times my not allowing him to win was the biggest influence in his life and thanking me for being his dad.

Scott has always been a thinker and entrepreneur, trying to push to the limits. I will always remember him coming up with the idea of rear wheel steering on his soapbox derby car because, "dad, if you keep the front-end on the line, the back will follow". Though the rules committee voted against such a change, during practice, Scott's theory proved correct. As a 10/11 year old he began to deliver the town newspaper and traded baseball cards. The newspaper delivery provided him with the money to buy and sell baseball cards. He was the entrepreneur then and it provided him with a sense of pride to be able to get a certain card. He was constantly calling me to tell me about his cards.

Unfortunately Scott has no children, but seeing him with his niece and nephew, you would think they were his kids. Luke and Lilly love their Uncle Scott and he loves them right back. Recently after having his ankle bracelet legally removed, Scott drove to Lake City, FL to meet with Luke, Lilly, his sister and husband, and Pamela

and me to have lunch and visit. He continually laughed with them and talked to both in a positive way about getting their education and staying safe during this current pandemic. It appeared to me and my wife that Scott really enjoyed seeing everyone and bringing up some great past memories.

Scott has always taken care of his family and believes family comes first. He has taken care of the Robinson Family Reunion for the ten years, buying all of the meat to be cooked for the entire family. There were nine original brothers and sisters who all were married with families. I personally picked up the meat two years and the bill each year was $450+. I also saw Scott give my cousin who was secretary for the reunion $300 cash for stamps and supplies for the following year. The reunion has been going on for approximately 67 years and Scott is trying to keep it going with all the cousins, nieces, and nephews.

Your Honor, I believe Scott to be of the highest moral character even though I do not understand this entire ordeal. I can honestly say I do not believe "the system" will have any trouble with him. He told me in a phone conversation when he had his ankle bracelet removed the officer told him, "you will have a different parole officer now". His quote to her as he told me was, "I don't care who the officer is; I'm not doing anything to piss him off". I also do not believe him to be a flight risk and if sentenced to a minimum-security facility, he will have my total support in whatever he may need. If necessary he will have a place to reside in our house until he gets on his feet. While in custody, I will be able to visit on a regular basis since I am retired. We currently talk just about every day and that will continue if Scott has access to a phone. No matter what method of correspondence we have, it will be positive as to encourage him to do the right things to spend as little time incarcerated as possible.

Your Honor, Judge Oetken, I would like to thank you for your consideration in this matter and taking time to read my letter in support of my son, Scott Robinson.

Sincerely,

Terry Robinson