Dot Morgan, Executive Director
New Vocations Racehorse Adoption Program
719 Dolan Lane
Lexington KY 40513

Sept 25, 2020

Honorable Judge Oetken
U.S. District Court Southern District of New York

To Honorable Judge Oetken,

**Re: Scott Robinson, case number 1:20-cr-00162-JPO**

Scott Robinson asked if I'd give him a letter of reference. I was most happy to comply as Scott has been a generous supporter of our racehorse aftercare charity.

In 2010-2011, Scott responded to our fundraising and equine care solicitations. He donated a massive amount of his compounded Omeprazole ulcer treatment for the hundreds of retired racehorses going through our program. Racehorses are plagued with ulcers and that particular medication is too expensive to use except in the direst cases. However, Scott's generous donation allowed us to utilize this option for all the horses that needed it during those two years. The supplement was very effective and within days, we saw immediate improvement in the appetite, coat, and general well-being of the horses.

Scott also supported our racehorse adoption efforts through table sponsorships and purchases at fundraisers. For instance, New Vocations typically sells a young pony each year at our important Little Brown Jug Party and auction. These usually bring 2,500-3,500. Scott sponsored a table in 2014 and ran the price on the pony up to 9,500 before letting it go to the person that really wanted it for $10,000! Scott didn't want the pony, it just wanted to help our racehorse aftercare efforts.

I appreciate the opportunity to share my experience with Scott.

Kindest regards,

Dot Morgan

Dot Morgan