Sandra (Sandy) Long

[redacted]

January 31, 2020

Honorable Judge Oetken

U.S. District Court Southern District of New York

Regarding: Scott Robinson, case umber 1:20-cr-00162-JPO

Dear Judge Oetken:

Scott has asked me to write a character reference. I have known Scott for 15+ years and met him through my niece, Melissa, who he is married to. Scott is a complex person, but has always treated me with kindness and respect. I had contact with Scott through family events, however, did not have much contact with him the first few years due to the estrangement of my niece and I. Scott helped to change all this and helped in repairing of our relationship.

In the Fall of 2007, Scott helped with the building of our barn, along with our other nephews and brothers-in-law. Scott was very handy and helped to move the project along. He enjoyed building and spending time at our home. He helped provide free labor and in the process helped with the rebuilding of the relationship with my niece and I through visits to our home.

Scott showed respect to my husband and I. He always referred to us as "Uncle Eric" and "Aunt Sandy". He felt comfortable at our home and developed a rapport with my husband, who is an electrician, who helped Scott when he needed help when "flipping" his properties. Scott also helped my son Greg out when he needed help on demoing these properties or if he needed help around his own home.

Scott and Melissa agreed to join us camping on Kelley's Island the following summer. The weekend was filled with relaxing, laughter, and just an all-out good time around the campfire and driving around the island. Scott would join in with the storytelling and allowed the great nieces to fill him with s'mores. The weekend was such a great time, the following summer they joined us again for another fun-filled weekend. This time I had sun poising and developed a huge blister on my foot. Scott came to the rescue and took care to help with first-aid. He was very compassionate through the whole process.

Melissa and Scott moved to Florida and we were welcomed to their house. Scott did the driving and made us feel at home. Scott was the one who did the grilling for us and again it was a very enjoyable visit.

Although we have not seen Scott the last few years due to his and Melissa's separation, we knew he was always a phone call away if we needed him. We did call a few times for information and he would do the same. This past November, I was happy to see it was Scott who picked my sister and me up at the airport for our visit. He was still respectful and able to talk with us. Scott was the one who informed us of his predicament and it pained him to tell us about it. It felt as though he was afraid he had let us down. We assured Scott we would help him with whatever we could do.

As Scott goes forward into this New Year, we will stand by him through whatever means he may need-prayers, phone calls, letters, and our love. He has helped us in so many ways, ones he never realized, so we are here to help him. Scott will always be welcome at our home or our campsite.

Sincerely,

Sandra M. Long