Honorable Judge Oetken
U. S. District Court
Southern District of New York

Regarding Scott Robinson, case no. 1:20-cr-00162-JPO

January 2, 2021

Your Honor,

I met Scott when I married into the Robinson family many years ago. I married his uncle, Tom Robinson. We had many dealings with Scott when the family got together for cookouts and other family functions. He provided all the food, including the meats, for the family reunions for over ten years. I saw the the bill on more than one occasion and it was over $500.00. He is a very generous person, especially when someone is in need. He was always there to help the family if someone was in need of his help. He helped my husband and myself when we needed to go north for a family emergency.

I can't say enough about his willingness to help anyone!!!!

He is a fine young man and we love him dearly!

Respectfully submitted,

Anita B. Robinson

Anita B. Robinson, grandaunt

[redacted]