[redacted]

[redacted] Brian Schreiber <[redacted]

My name is Brian Schreiber, I am a real estate appraiser and a real estate investor.

Scott Robinson has asked me to write a character reference. I met Scott Robinson back 2004 or 2005 as he was a loan officer for Mortgage One. I was doing appraisals for Mortgage One and met Scott there.

Upon meeting Scott for the first time, him and I just clicked. We became fast friends spending time on the phone or getting together talking about real estate or other investments. Scott wanted to buy rental properties. After a couple of years of talking Scott was able to buy a few properties which he managed. After a few years of working and actually getting out of the mortgage business Scott had to move to Florida.

It was sad to see him leave. My wife and I went to his house in Cleveland and at the time he just looked so sad to be moving. He moved to Tampa and we still talked but sadly not as much. He was working his business and so was I.

Scott had a house in Elyria he wanted to sell or be able to donate. Through a series of events Scott was able to fly up here to Cleveland and actually donate this house to Freedom House Church which I was apart of this church at that time. This was the last time I've seen Scott. This was at the end of 2012 or beginning of 2013.

Over the next few years Scott had asked me to take over management of his other properties in Lorain. We managed one for him and left the other two vacant. These other two really needed a lot of work and Scott did not want to put all this money into these homes which I had also advised him not to do. I had recommended to him over the next few years to sell these properties. He did not want to at that time.

Over the next few years I had very little contact with Scott as both of us were very busy with our own businesses. In 2018 we sent a text to each other and started texting for the next hour like we have never stopped talking.

I did not talk to Scott again until June of 2020 and we talked for about 2 hours. Had a great talk and it was like we never had been apart.

Our first few years together Scott and I had been good friends. I've missed spending time with Scott but understand its hard to stay in contact when living so far away. It is nice to be able to talk to him when I can cause we do talk about our time together in the mid to late 2000's and what the future holds for each of us. Scott always asks how my wife and child are doing each talk.

Hopefully I get to talk to him again and actually see him again at some point.
Thank you

Brian Schreiber