Honorable Judge Oetken
U. S. District Court
Southern District of New York

January 2, 2021

To Whom It May Concern,

I am writing on the behalf of Scott Robinson,case number 1:20-cr-00162-JPO, my grandnephew, to inform you of the type of man that I know him to be. I've known him all his life and have watched him grow up. I couldn't be more proud of him even if he was my own son. Over the years, Scott has watched over our entire family as if he was the patriarch and responsible for our safety and happiness. When I was struggling with some financial problems, that was creating tremendous stress on my family, Scott offered me a part time job to get back on my feet financially. He was my savior, without making me feel obligated by just handing out money to me. He is an intelligent, thoughtful person that deserves every break available to him as he has ALWAYS treated others that way.

He has my full support and I pray that this matter will be put behind him soon.

Thomas G. Robinson

Thomas G. Robinson

[redacted]

[redacted]