
EXHIBIT
tabbies
19