

EXHIBIT
tabbies
20