

EXHIBIT
21

tabbies