

EXHIBIT
tabbies
22