# Exhibit A


