# EXHIBIT B



USAO_20CR162_00065250