# Exhibit C



USAO_20CR162_00065256



USAO_20CR162_00065257