# WILLIAM M. BUTLER, JR.
## Lawyer

Website: www.kycriminallawyer.com

Email: wmb@kycriminallawyer.com

FEDERAL WEBSITE: www.kyfederalcriminalattorney.com
FEDERAL EMAIL: williambutler@kyfederalcriminalattorney.com

KAREN J. BELL, Paralegal
Email: karenbell@kycriminallawyer.com

500 West Jefferson Str. #1520
Louisville, Kentucky 40202
Telephone: (502) 582-2020
Facsimile: (502) 583-8007

---

May 5, 2021

The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    **RE:** **United States of America v. Scott Robinson**
           **Southern District of New York Case Number: 1:20-cr-00162-JPO-1**

Dear Judge Oetken,

    I represent Scott Robinson in the above captioned case. Mr. Robinson is waiting for a date to report to federal prison after being sentenced to 18 months on March 9, 2021.

    While he is waiting on his report to federal prison, Mr. Robinson moves this honorable Court for permission to visit his sick mother, Marilyn Robinson, who resides in Lewisburg, Ohio and who has cancer.

    Mr. Robinson will need permission to travel to the Southern District of Ohio.

                                               Sincerely yours,

                                               s/William M. Butler, Jr.

WMB,JR./kjsb

cc: AUSA Sarah Mortazavi
AUSA Andrew Adams
AUSA Benet Kearney
thru ECF