UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

  - v. -

SCOTT ROBINSON,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PRELIMINARY ORDER OF FORFEITURE AS TO SUBSTITUTE ASSETS**

20 Cr. 162 (JPO)

WHEREAS, on or about September 16, 2020, SCOTT ROBINSON (the "Defendant"), was charged in a one-count Superseding Information, S1 20 Cr. 162 (JPO) (the "Information"), with conspiracy to misbrand and adulterate drugs in interstate commerce with intent to defraud or mislead, in violation of Title 18, United States Code, Section 371, and Title 21, United States Code, Sections 331 and 333;

WHEREAS, the Information included a forfeiture allegation as to Count One, seeking forfeiture to the United States, pursuant to Title 21, United States Code, Section 334, and Title 28, United States Code, Section 2461, of any and all drugs that were adulterated or misbranded when introduced into or while in interstate commerce or while held for sale (the "Forfeitable Property"), including but not limited to a sum of money in United States currency representing the value of such property;

WHEREAS, on or about September 16, 2020, the Defendant pled guilty pursuant to a plea agreement to Count One of the Information and consented to the entry of a preliminary order of forfeiture;

WHEREAS, On or about September 16, 2020, the Court entered a Preliminary Order of Forfeiture/Money Judgment imposing a money judgment against the Defendant in the amount of $3,832,318.90 in United States Currency (the "Money Judgment"). (ECF No. 30).

WHEREAS, to date, the Money Judgment entered against the Defendant remains unpaid;

WHEREAS, the Government has identified the following specific assets of the Defendant:

    a. Any and all funds on deposit in Navy Federal Credit Union Bank account 7050665749, held in the name of Scott Alan Robinson;

    b. Any and all funds on deposit in Navy Federal Credit Union Bank account 7153131862, held in the name of Toltrazuril Shop;

    c. Any and all funds on deposit in Navy Federal Credit Union Bank account 3180517108, held in the name of Toltrazuril Shop;

    d. $4,800 in United States currency seized from the residence of Scott Robinson in Pace, Florida, during a judicially-authorized search on or about August 14, 2024 (the "Search");

    e. One (1) silver Breitling wristwatch with serial and model numbers 2635907 and A1337 seized during the Search;

    f. One (1) set of framed Mike Tyson boxing shorts seized during the Search;

    g. Thirty-seven (37) baseball cards seized during the Search, associated with FBI evidence number 1B2313,

(a. through g., collectively, the "Substitute Assets"); and

WHEREAS, the Government is seeking the forfeiture of all of the Defendant's right, title and interest in the Substitute Assets.

NOW IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:

1. All of the Defendant's right, title and interest in the Substitute Assets are hereby forfeited to the United States of America, for disposition in accordance with the law, subject to the provisions of Title 21, United States Code, Section 853(n).

2. Upon entry of this Preliminary Order of Forfeiture of Substitute Assets, the United States Marshals Service (or its designee) is hereby authorized to take possession of the Substitute Assets and to keep it in its secure, custody and control.

3. Upon entry of a Final Order of Forfeiture, the Substitute Assets shall be applied towards the satisfaction of the Money Judgment entered against the Defendant.

4. Pursuant to Title 21, United States Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States shall publish for at least thirty (30) consecutive days on the official government internet forfeiture site, www.forfeiture.gov, notice of this Preliminary Order of Forfeiture as to Substitute Assets and provide notice that any person, other than the Defendant in this case, claiming an interest in the Substitute Assets must file a petition within sixty (60) days from the first day of publication of the notice on this official government internet site, or no later than thirty-five (35) days from the mailing of actual notice, whichever is earlier.

5. The notice referenced in the preceding paragraph shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Substitute Assets, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the Substitute Assets and any additional facts

supporting the petitioner's claim and the relief sought, pursuant to Title 21, United States Code, Section 853(n).

6. The United States may also, to the extent practicable, provide direct written notice to any person, other than the Defendant, known to have an alleged interest in the Substitute Assets, as a substitute for published notice as to those persons so notified.

7. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture with respect to the Substitute Assets, pursuant to Title 21, United States Code, Section 853(n), in which all interests will be addressed.

8. The Court shall retain jurisdiction to enforce this Preliminary Order of Forfeiture as to Substitute Assets, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

Dated: New York, New York
      October 30, 2024

SO ORDERED:

_____
J. PAUL OETKEN
United States District Judge