The Honorable Mary Kay Vyskocil
United States District Court
Southern District of NY
500 Pearl Street
New York, NY 10007

Feb 6, 2026
~~January 14, 2026~~ (GA)

RE: United States v. Navarro, Case Nos. 20-cr-160, 20-cr-162, 20-cr-163

Dear Judge Vyskocil,

Pursuant to the First Amendment and the common law right of access, Alice Allen respectfully moves this Court for an order unsealing all exhibits filed in the above-captioned matters.

Under the Second Circuit's holding in United States v. Amodeo, 44 F.3d 141 (2d Cir.1995) (Amodeo I) and 71 F.3d 1044 (2d Cir. 1995) (Amodeo II), there is a strong common law presumption of public access to "judicial documents". The exhibits in question are "judicial documents" because they are relevant to the performance of the judicial function and useful in the Court's clinical adjudication. Because these exhibits were public in sentencing, the presumption of access is at its zenith. The public has a significant interest in monitoring the federal courts to ensure integrity and appearance of fairness.

Furthermore, under Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Circuit 2006), the public enjoys a First Amendment right of access to documents submitted in connection with dispositive motions. To overcome this right, the parties must demonstrate that there are specific, on the record findings that sealing is necessary to preserve "higher values", and secondly that the sealing order is narrowly tailored to serve those interests. Broad, generalized claims of privacy or ongoing investigations are insufficient to overcome the "qualified First Amendment right of access" established in Lugosch.

The records in cases 20-cr-160, 162, and 163 have remained under seal without a specific showing of continued necessity. I am not law enforcement, a confederate, or involved in this case. I am merely a member of the public, and respectfully request that the Court apply the Amodeo/Lugosch framework and order the immediate unsealing of all exhibits to allow for public scrutiny of these proceedings.

Respectfully submitted,

Alice Allen

Alice Allen

S FIRMLY TO SEAL

MIX Board FSC C116916

PAPER POUCH cle.info

PRESS FIRMLY TO SEAL

POSTAGE REQUIRED

UNITED STATES POSTAL SERVICE. Retail

US POSTAGE PAID

$11.95

Origin: 40033
02/06/26
2044920433-07

PRIORITY MAIL®

0 Lb 1.70 Oz
RDC 03

XPECTED DELIVERY DAY: 02/09/26

C099

HIP
O:
500 PEARL ST
NEW YORK NY 10007-1316

USPS TRACKING® #

9505 5103 7511 6037 5109 36

RIORITY®
MAIL

ons apply).*

y international destinations.

is required.

clusions see the

d limitations of coverage.

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PAPER POUCH how2recycle.info

UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Alice Allen

TO: Honorable Mary Kay Vyskocil
United States District Court
Southern District of NY
500 Pearl Street
New York
New York 10007

Label 228, December 2023 FOR DOMESTIC AND INTERNATIONAL USE

-Priority Mail® and Priority Mail International® shipments.
ostal Service; October 2023; All rights reserved.
This packaging is the property of the U.S. Postal Service® a
Misuses may be a violation of federal law. This pa